IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DANIEL J. COYLE,

     Appellant,

 v.

          Case No. 5D22-1209
          LT Case No. 2009-CF-039657-AX

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed August 23, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Stephen G. Henderson, Judge.

Jason T. Forman , of Law Offices of
Jason T. Forman, P.A., Fort
Lauderdale,  for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.